**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARLA ROLLINS, on behalf of herself, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIGNITY HEALTH, *et al.*, <br><br> Defendants. | Case No.: 3:13-cv-01450-TEH <br><br> [PROPOSED] ORDER |

**[PROPOSED] ORDER**

Pursuant to the acknowledgment and request of the United States, and good cause appearing, the United States shall be permitted to file a notice of intervention, and, if the United States does intervene, a brief, within thirty days after Defendants ~~make any substantive motion in~~ respond ~~response~~ to the Complaint.

IT IS SO ORDERED.

Dated: _____05/30_____, 2013



_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE