# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STARLA ROLLINS, on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, *et al.*,<br><br>Defendants. | Case No.: 3:13-cv-01450-TEH<br><br>[~~PROPOSED~~] ORDER<br><br>IT IS SO ORDERED AS MODIFIED |

## [~~PROPOSED~~] ORDER

Pursuant to the motion of the United States, and good cause appearing, the United States shall be permitted to file a notice of intervention, and, if the United States does intervene, a brief, within thirty days after the close of the parties' briefing on Defendants' pending motion to dismiss.  The hearing on the motion to dismiss is rescheduled to Monday, November 4, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated: ___07/08___, 2013



THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
Judge Thelton E. Henderson