IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

STARLA ROLLINS, on behalf of herself, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGNITY HEALTH, et al.,

    Defendants.

Case No.: 3:13-cv-01450-TEH

**ORDER RE: UNITED STATES MOTION TO STAY INTERVENTION DEADLINE**

Upon consideration of the United States' Unopposed Motion for a Stay of Intervention Deadline in Light of Lapse of Appropriations, the motion is hereby **GRANTED,** and the United States' intervention deadline is **STAYED** until Department of Justice attorneys are permitted to resume their usual civil litigation functions. The United States will be permitted fifteen days from the day on which such functions resume to file its notice of intervention and brief, should it decide to intervene.

**IT IS SO ORDERED.**

Dated: 10/15/13

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Thelton E. Henderson