1  MORGAN, LEWIS & BOCKIUS LLP
   Nicole A. Diller (SBN 154842)
2  Roberta H. Vespremi (SBN 225067)
   ndiller@morganlewis.com
3  rvespremi@morganlewis.com
   One Market, Spear Street Tower
4  San Francisco, California  94105-1126
   Telephone:  415.442.1000
5  Facsimile:   415.442.1001

6  MORGAN, LEWIS & BOCKIUS LLP
   Charles C. Jackson (*appearance pro hac vice*)
7  Allyson N. Ho (*appearance pro hac vice*)
   charles.jackson@morganlewis.com
8  aho@morganlewis.com
   77 West Wacker Drive, Fifth Floor
9  Chicago, Illinois 60601
   Telephone:  312.324.1000
10 Facsimile:   312.324.1001

11 Attorneys for Defendants Dignity Health, Herbert J.
   Vallier, and the Retirement Plans Sub-Committee
12 (erroneously named as the Members of the Dignity
   Health Retirement Committee)
13

                   UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17

18 | STARLA ROLLINS on behalf of herself, | Case No. 13-C-1450 TEH
     individually, and on behalf of all others
19   similarly situated,                    | **STIPULATED REQUEST FOR AN
                                              ORDER MODIFYING BRIEFING
20                 Plaintiff,               | SCHEDULE AND CONTINUING
                                              HEARING DATE FOR PLAINTIFF'S
21           v.                             | MOTION FOR PARTIAL SUMMARY
                                              JUDGMENT; [PROPOSED] ORDER**
22 DIGNITY HEALTH, a California non-profit
   corporation, HERBERT J. VALLIER,         | [Civil L.R. 6-2]
23 an individual, the members of the Dignity
   Retirement Committee, and JOHN and
24 JANE DOES, each an individual, 1-20,

25                 Defendants.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST RE PLTF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
Case No. 13-C-1450 TEH

Pursuant to Civil Local Rule 6-2, plaintiff Starla Rollins ("Rollins") and defendants Dignity Health, Herbert J. Vallier, and the Retirement Plans Sub-Committee (erroneously named as the members of the Dignity Health Retirement Committee) (collectively, "Defendants"), agree and stipulate, by and through their undersigned counsel of record, as follows:

WHEREAS, Rollins filed a motion for partial summary judgment ("Motion") on February 20, 2014;

WHEREAS, Defendants' opposition to the Motion is due no later than March 6, 2014 per Civil Local Rule 7-3;

WHEREAS, Rollins' reply in support of the Motion currently is due no later than March 13, 2014 per Civil Local Rule 7-4;

WHEREAS, the hearing on the Motion currently is set for March 31, 2014 at 10:00 a.m.;

WHEREAS, Rollins and Defendants agree that both sides, and the Court, will benefit from additional time to address the issues raised in the Motion;

WHEREAS, this is the first time the parties request to modify the briefing schedule and continue the hearing date for the Motion; and

WHEREAS modifying the briefing schedule and continuing the hearing date for the Motion will not alter the date of any other event or deadline already fixed by the Court.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Defendants shall have until March 20, 2014 to file its papers regarding opposition to the Motion;

2. Rollins shall have until April 3, 2014 to file her reply papers in support of the Motion;

3. The hearing on the Motion shall be continued to April 14, 2014 at 10:00 a.m.; and

///
///
///
///
///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATED REQUEST RE PLTF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
Case No. 13-C-1450 TEH

4. This stipulation is without prejudice to the parties' rights to seek further extensions of time to file briefing related to the Motion or continuances of the hearing on the Motion, which rights are expressly reserved.

IT IS SO STIPULATED.

| KELLER ROHRBACK L.L.P. | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| By: __/s/ Matthew M. Gerend_____<br>Lynn L. Sarko (*pro hac vice*)<br>Havila C. Unrein (*pro hac vice*)<br>Matthew M. Gerend (*pro hac vice*)<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Tel: (206) 623-1900 / Fax: (206) 623-3384<br>Email: lsarko@kellerrohrback.com<br>hunrein@kellerrohrback.com<br>mgerend@kellerrohrback.com | By: ___/s/ Nicole A. Diller_____<br>Nicole A. Diller<br>Roberta H. Vespremi<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Tel: (415) 442-1000 / Fax (415) 422-1001<br>Email:  ndiller@morganlewis.com<br>rvespremi@morganlewis.com |
| KELLER ROHRBACK L.L.P.<br>Juli E. Farris, Esq. (CA Bar No. 141716)<br>1129 State Street, Suite 8<br>Santa Barbara, CA 93101<br>Tel: (805) 456-1496 / Fax: (805) 456-1497<br>Email: jfarris@kellerrohrback.com | MORGAN, LEWIS & BOCKIUS, LLP<br>Charles C. Jackson (*pro hac vice*)<br>Allyson N. Ho (*pro hac vice*)<br>77 West Wacker Drvie, 5th Floor<br>Chicago, IL  60601<br>Tel:  (312) 324-1000 / Fax (312) 324-1001<br>Email: charles.jackson@morganlewis.com<br>aho@morganlewis.com |
| KELLER ROHRBACK P.L.C.<br>Ron Kilgard (*pro hac vice*)<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012<br>Tel: (602) 248-0088 / Fax: (602) 248- 2822<br>Email: rkilgard@kellerrohrback.com | ***Attorneys for Defendants Dignity Health, Herbert J. Vallier, and the Retirement Plans Sub-Committee*** |
| COHEN MILSTEIN SELLERS & TOLL, P.L.L.C.<br>Bruce Rinaldi (CA Bar No. 55133)<br>Karen L. Handorf (*pro hac vice*)<br>Michelle C. Yau (*pro hac vice*)<br>Monya M. Bunch (*pro hac vice*)<br>Matthew A. Smith (*pro hac vice*)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>Tel: (202) 408-4600 / Fax: (202) 408-4699<br>Email: brinaldi@cohenmilstein.com<br>khandorf@cohenmilstein.com<br>myau@cohenmilstein.com<br>mbunch@cohenmilstein.com<br>msmith@cohenmilstein.com | |
| ***Attorneys for Plaintiff Starla Rollins*** | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATED REQUEST RE PLTF'S MOTION
FOR PARTIAL SUMMARY JUDGMENT
Case No. 13-C-1450 TEH

**ATTESTATION**

I, Nicole A. Diller, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Matthew Gerend has concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of February 2014, at San Francisco, CA.

          /s/ Nicole A. Diller
            Nicole A. Diller

1  **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation set forth above, and good cause appearing,

3  1.  Defendants shall have until March 20, 2014 to file their Opposition to the Motion
4  for Partial Summary Judgment ("Motion");

5  2.  Rollins shall have until April 3, 2014 to file her Reply in support of the Motion;

6  3.  The hearing on the Motion shall be continued to April 14, 2014 at 10:00 a.m.; and

7  4.  Neither Rollins nor Defendants shall be deemed to have waived or otherwise
8  relinquished any rights to seek further extensions of time to file briefing related to the Motion or
9  continuances of the hearing on the Motion.

11  **IT IS SO ORDERED.**

12  DATED this __4th__ day of __March__, 2014.

14  _____
HONORABLE THELTON E. HENDERSON
15  UNITED STATES DISTRICT JUDGE