UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STARLA ROLLINS,<br><br>　　　　　　Plaintiff,<br>　v.<br>DIGNITY HEALTH,<br>　　　　　　Defendant.<br>_____/ | No. C 13-01450 TEH (LB)<br><br>**NOTICE OF REFERRAL AND ORDER**<br><br>[Re: ECF No. 107] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred all discovery matters to the undersigned. Order of Reference, ECF No. 107. The parties shall comply with all applicable requirements in the court's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: April 16, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 13-01450 TEH (LB)
NOTICE OF REFERRAL AND ORDER