UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STARLA ROLLINS,

    Plaintiff,

v.

DIGNITY HEALTH, et al.,

    Defendants.

Case No. 13-cv-01450-TEH

**ORDER FOR FURTHER STATUS AFTER APPEAL**

IT IS HEREBY ORDERED that district court proceedings in this case shall remain stayed until the resolution of the currently pending appeal. The parties shall file a joint statement updating the Court on the status of this case no later than seven court days after the Ninth Circuit issues a mandate on the pending appeal. The Case Management Conference set for April 13, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: 03/02/15

_____
THELTON E. HENDERSON
United States District Judge