**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARLA ROLLINS on behalf of herself, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California Non-profit Corporation, HERBERT J. VALLIER, an individual, the members of the Dignity Retirement Committee, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendant. | No. 13-CV-1450 JST<br><br>**[PROPOSED] ORDER APPROVING STIPULATION AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Honorable Jon S. Tigar |

THIS MATTER having come before the Court on the parties' Stipulation to File Amended Complaint, Expand Briefing Page Limit and Set Briefing Schedule; the Court being advised in the premises and finding good cause to approve the parties' stipulation; it is therefore

ORDERED that

1. The parties' stipulation is approved;

No. 13-CV-1450 JST 1 ORDER APPROVING STIPULATION AND EXTENDING DEADLINE TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT

2. The parties shall brief Defendants' motion to dismiss the Amended Class Action Complaint on the following schedule:

    a. Defendants will file their motion to dismiss on or before December 15, 2017.

    b. Plaintiffs will file their response on or before February 2, 2018.

    c. Defendants will file any reply fourteen days after Plaintiffs file their response.

3. Defendants' motion to dismiss and Plaintiff's response thereto shall each be no greater than 40 pages in length, and Defendants' reply brief shall be no greater than 25 pages, exclusive of cover page, table of contents, table of authorities, and signature pages

4. The Court will conduct a Case Management Conference on  January 10, 2018 at 2:00 p.m. _____, at _____ __.m.

DATED this  3  day of   November  , 2017.

_____
Hon. Jon S. Tigar
United States District Court Judge