| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP<br>Barry S. Landsberg (SBN 117284)<br>Harvey L. Rochman (SBN 162751)<br>Craig S. Rutenberg (SBN 205309)<br>Colin M. McGrath (SBN 286882)<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064-1614<br>Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224<br>blandsberg@manatt.com<br>hrochman@manatt.com<br>crutenberg@manatt.com<br>cmcgrath@manatt.com<br><br>David L. Shapiro (*pro hac vice*)<br>1563 Mass. Ave.<br>Cambridge, MA 02138<br>Telephone: (617) 495-4618<br>Facsimile: (617) 495-1950<br>dshapiro@law.harvard.edu<br><br>Attorneys for Defendants | NIXON PEABODY, LLP<br>Charles M. Dyke (SBN 183900)<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8315<br>Facsimile: (415) 421-2017<br>cdyke@nixonpeabody.com |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California non-profit corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, THE DIGNITY HEALTH RETIREMENT PLANS SUBCOMMITTEE, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | No. 13-C-1450 JST<br><br>**[PROPOSED] ORDER APPROVING STIPULATION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jon S. Tigar |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

PROPOSED ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. 13-C-1450

THIS MATTER having come before the Court on the Stipulation of Plaintiff Starla Rollins and Patricia Wilson ("Plaintiffs") and defendants Dignity Health, Herbert J. Vallier, Darryl Robinson, and the Dignity Health Retirement Plans Sub-Committee (collectively, "Dignity Health"), through counsel, to continue the Case Management Conference; the Court being advised in the premises and finding good cause to approve the parties' stipulation; it is therefore ORDERED that:

1. The Case Management Conference is continued to January 17, 2018 at 2:00 p.m.

DATED this __9th__ day of January, 2018.



319520384.3