MANATT, PHELPS & PHILLIPS, LLP
Barry S. Landsberg (SBN 117284)
Harvey L. Rochman (SBN 162751)
Craig S. Rutenberg (SBN 205309)
Colin M. McGrath (SBN 286882)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
blandsberg@manatt.com
hrochman@manatt.com
crutenberg@manatt.com
cmcgrath@manatt.com

David L. Shapiro (*pro hac vice*)
1563 Mass. Ave.
Cambridge, MA 02138
Telephone: (617) 495-4618
Facsimile: (617) 495-1950
dshapiro@law.harvard.edu

NIXON PEABODY, LLP
Charles M. Dyke (SBN 183900)
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: (415) 984-8315
Facsimile: (415) 421-2017
cdyke@nixonpeabody.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, and on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California non-profit corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, THE DIGNITY HEALTH RETIREMENT PLANS SUBCOMMITTEE, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | No. 13-C-1450 JST<br><br>**[PROPOSED] ORDER APPROVING STIPULATION AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable Jon S. Tigar |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE
CASE NO. 13-C-1450

THIS MATTER having come before the Court on the Stipulation of Plaintiff Starla Rollins and Patricia Wilson ("Plaintiffs") and defendants Dignity Health, Herbert J. Vallier, Darryl Robinson, and the Dignity Health Retirement Plans Sub-Committee (collectively, "Dignity Health"), through counsel, to continue the Case Management Conference previously set for October 17, 2018; the Court being advised and finding good cause to approve the parties' stipulation; it is therefore ORDERED that:

1. The Case Management Conference is continued to November 14, 2018 at 2:00 p.m.

2. The deadline for the parties to submit their updated joint case management statement is continued to November 7, 2018.

DATED this 5th day of October, 2018.

_____
Hon. Jon S. Tigar
United States District Court Judge

320971791.1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 13-C-1450