COHEN MILSTEIN SELLERS & TOLL, PLLC
Karen L. Handorf (*pro hac vice*)
Michelle C. Yau (*pro hac vice*)
1100 New York Avenue, N.W., Suite 500, West Tower
Washington, D.C.  20005
Tel: (202) 408-4600 / Fax: (202) 408-4699
Email:  khandorf@cohenmilstein.com
myau@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn L. Sarko (*pro hac vice*)
Matthew M. Gerend (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Juli E. Farris, Esq. (CA Bar No. 141716)
801 Garden Street, Suite 301
Santa Barbara, CA  93101
Tel: (805) 456-1496 / Fax: (805) 456-1497
Email: jfarris@kellerrohrback.com

***Additional Counsel for Plaintiffs on Signature Page***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>   Plaintiffs,<br>     v.<br><br>DIGNITY HEALTH, a California Non-profit Corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, the Dignity Health Retirement Plans Subcommittee, and JOHN and JANE DOES, each an individual, 1-20,<br><br>   Defendants. | Case No:  13-cv-01450-JST<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>**The Honorable Jon S. Tigar** |

Plaintiffs and Defendants, through counsel, hereby notify the Court that the parties have

reached a settlement in principle with the assistance of a private mediator, and have approved a

1

term sheet incorporating the major terms of the settlement.  The parties, with the continued

assistance of the mediator, are in the process of negotiating a definitive settlement agreement.  The

parties anticipate that they will execute the settlement, and Plaintiffs will file an unopposed motion

and memorandum for preliminary approval of the settlement, by approximately May 15, 2019.

The parties note that the Court has set a telephonic case management conference for June 7,

2019, and has ordered the parties to file an abbreviated case management statement on June 5,

2019 (ECF No. 277).


DATED:  April 23, 2019                    KELLER ROHRBACK L.L.P.

                                          By:  /s Christopher Graver
                                          Ron Kilgard (*pro hac vice*)
                                          Christopher Graver (*pro hac vice*)
                                          3101 North Central Avenue, Suite 1400
                                          Phoenix, AZ 85012

                                          COHEN MILSTEIN SELLERS & TOLL, PLLC
                                          Karen L. Handorf (*pro hac vice*)
                                          Michelle C. Yau (*pro hac vice*)

                                          KELLER ROHRBACK L.L.P.
                                          Juli E. Farris (CA Bar No. 141716)

                                          KELLER ROHRBACK L.L.P.
                                          Lynn Lincoln Sarko (*pro hac vice*)
                                          Matthew M. Gerend (*pro hac vice*)

                                          ***Attorneys for Plaintiffs Starla Rollins and Patricia Wilson***


DATED:  April 23, 2019                    MANATT, PHELPS & PHILLIPS, LLP


                                          By:  */s/ Barry S. Landsberg*
                                               Barry S. Landsberg
                                               Attorneys for Defendants Dignity Health,
                                               Herbert J. Vallier, Darryl Robinson, and the Retirement
                                               Plans Sub-Committee

TRUCKER ✦ HUSS
R. Bradford Huss
Attorneys for Defendants Dignity Health, Herbert J. Vallier,
Darryl Robinson, and the Retirement Plans Sub-Committee