UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARLA ROLLINS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIGNITY HEALTH, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01450-JST<br><br>**ORDER RE: NOTICE OF SETTLEMENT**<br><br>Re: ECF No. 278 |

The parties have filed a Notice of Settlement. ECF No. 278. In their notice, the parties indicated that Plaintiffs anticipated filing a motion for preliminary settlement approval by May 15, 2019. *Id.* at 2. Because the parties have not yet done so, the Court hereby ORDERS that Plaintiffs' motion for preliminary approval shall be due on or before June 18, 2019.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: May 17, 2019

_____
JON S. TIGAR
United States District Judge