COHEN MILSTEIN SELLERS & TOLL, PLLC
Karen L. Handorf (*pro hac vice*)
Michelle C. Yau (*pro hac vice*)
1100 New York Avenue, N.W., Suite 500, West Tower
Washington, D.C.  20005
Tel: (202) 408-4600 / Fax: (202) 408-4699
Email:  khandorf@cohenmilstein.com
myau@cohenmilstein.com

KELLER ROHRBACK L.L.P.
Lynn L. Sarko (*pro hac vice*)
Matthew M. Gerend (*pro hac vice*)
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900 / Fax: (206) 623-3384
Email: lsarko@kellerrohrback.com
mgerend@kellerrohrback.com

KELLER ROHRBACK L.L.P.
Juli E. Farris, Esq. (CA Bar No. 141716)
801 Garden Street, Suite 301
Santa Barbara, CA  93101
Tel: (805) 456-1496 / Fax: (805) 456-1497
Email: jfarris@kellerrohrback.com

*Additional Counsel for Plaintiffs on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>Plaintiffs,<br>v.<br><br>DIGNITY HEALTH, a California Non-profit Corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, the Dignity Health Retirement Plans Subcommittee, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | Case No:  13-cv-01450-JST<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge:   Hon. Jon. S. Tigar |

THIS MATTER having come before the Court on the Stipulation of Plaintiffs and Defendants pursuant to Local Rule 6-2 for an order extending the deadline for Plaintiffs to file their motion to preliminarily approve the settlement of this class action for nine (9) days, from June 18, 2019, to June 27, 2019. The Court has reviewed the Stipulation and finds that good cause exists for extending the deadline.

IT IS THEREFORE ORDERED that the parties' Stipulation is approved; and

IT IS FURTHER ORDERED that the deadline set by the Court in its May 17, 2019 Order Re: Notice of Settlement, ECF 279, for filing a motion for preliminary approval of the parties' settlement herein, is hereby extended until June 27, 2019.

SO ORDERED this ____17th____ day of June, 2017.

_____
Hon. Jon S. Tigar
U.S. District Judge

NO. 13-CV-1450 JST         2         ORDER EXTENDING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL