# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STARLA ROLLINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIGNITY HEALTH, et al., <br><br> Defendants. | Case No. 13-cv-01450-JST <br><br> **SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR** |

**SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR**

I, Denise Earle, hereby declare the following pursuant to 28 U.S.C. §1746:

1. I am a Senior Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The purpose of this declaration is to provide the Parties and the Court with an update on the work performed by Angeion to effectuate notice pursuant to the Court's October 19, 2021 Order Granting Motion for Preliminary Approval of Class Action Settlement (ECF No. 307) ("Order").

**DIRECT NOTICE**

3. As reported in my previously filed declaration (ECF No. 310-4) ("Initial Declaration"), Angeion disseminated the long form notice (hereinafter referred to as the "Notice") by mail to 58,872 records with mailing addresses, but no email addresses.

4. As of February 8, 2022, Angeion received a total of 3,956 Notices returned by the USPS as undeliverable. For 64 of these, the USPS provided an updated address. Angeion conducted address verification searches (commonly referred to as "skip traces") in an attempt to

locate updated address information for the records without a forwarding address. As a result of these efforts, Angeion re-mailed a notice on January 6, 2022 to 2,587 records with an updated address, and on February 8, 2022, remailed a notice to 243 records with an updated address.

5. As reported in my Initial Declaration, Angeion disseminated the Email Notice to 55,453 records for whom an email address was present.

6. Subsequent to sending the Email Notice, Angeion identified 53 records for which the Email Notice was undeliverable. Angeion mailed the long form notice to these 53 records.

7. As of February 8, 2022, there are no additional undeliverable emails that have been identified and none of the 53 emails show a status other than the previously notated undeliverable.

**CORRESPONDENCE**

8. Following direct notice, Angeion received a total of two mailed inquiries as of February 8, 2022. One letter asked for clarification regarding the matter to which Angeion mailed a response letter containing details from the notice and contact information for class counsel if there are any further questions. The other letter was received from a return address provided by Dignity Health, but the individual indicated he did not work for Dignity Health. This letter was forwarded to the Parties.

9. Following direct notice, Angeion also received three emailed inquiries as of February 8, 2022. The first email asked for the notice to be resent because despite the USPS notifying her the letter was arriving, she never received it. The second email asked if she was included in the lawsuit to which we provided an email response containing the class definition and also included contact information for class counsel. The third email asked for the notice to be explained to her, so we provided contact information for class counsel so she could reach out with any questions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

Executed on February 10, 2022

_____
DENISE EARLE

SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR