1   KELLER ROHRBACK L.L.P.
    Juli E. Farris (CA Bar No. 141716)
2   801 Garden Street, Suite 301
    Santa Barbara, CA 93101
3   Tel: (805) 456-1496 / Fax: (805) 456-1497
    Email: jfarris@kellerrohrback.com
4
    **Attorney for Plaintiffs**
5
    **Additional Counsel on Signature Page**
6
7                       UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
8                       OAKLAND DIVISION
9

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>Plaintiffs,<br><br>MICHELLE HALL, JENIFER HEINER, and CHRISTINE MONTOYA,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Non-profit Corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, the Dignity Health Retirement Plans Subcommittee, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | Case No: 13-cv-01450-JST<br><br>**NOTICE OF FILING CORRECTED EXHIBIT A TO POST-DISTRIBUTION ACCOUNTING OF CLASS ACTION SETTLEMENT** |

        Plaintiffs, by and through their attorneys, hereby give notice of the filing of a *corrected*

Exhibit A to the Post-Distribution Accounting of Class Action Settlement and Request for Order

Releasing Holdbacks and Vacating Case Management Conference filed December 9, 2022, herein,

ECF No. 326-1.  Exhibit A contains one error, in that the amount of direct contributions to the Plan

Trust is incorrectly stated as $302,100,000 (ECF No. 326-1 at page 3 of 4).  The actual amount of

NO. 13-CV-1450 JST                          1                    NOTICE OF FILING
                                                                 CORRECTED EXHIBIT A TO
                                                                 POST-DISTRIBUTION
                                                                 ACCOUNTING

1  contributions to the Plan Trust is $350,075,000.

2      Attached as Attachment 1 hereto is a corrected Exhibit A, listing the actual amount of

3  direct contributions to the Plan Trust. Attached as Attachment 2 is a redline version of the

4

5  corrected Exhibit A marked to show the correction.

6      DATED December 12, 2022.

7                                      KELLER ROHRBACK L.L.P.

8                                      By:  *s/ Christopher Graver*
                                            Ron Kilgard (*pro hac vice*)
9                                           Christopher Graver (*pro hac vice*)
                                            3101 North Central Avenue, Suite 1400
10                                          Phoenix, AZ 85012
                                            Tel: (602) 248-0088 / Fax: (602) 248- 2822
11                                          rkilgard@kellerrohrback.com
                                            cgraver@kellerrohrback.com
12

13                                     KELLER ROHRBACK L.L.P.
                                       Lynn L. Sarko (*pro hac vice*)
14                                     Matthew M. Gerend (*pro hac vice*)
                                       1201 Third Avenue, Suite 3200
15                                     Seattle, WA 98101
                                       Tel: (206) 623-1900 / Fax: (206) 623-3384
16                                     lsarko@kellerrohrback.com
                                       mgerend@kellerrohrback.com
17

18                                     COHEN MILSTEIN SELLERS & TOLL PLLC
                                       Michelle C. Yau *(pro hac vice)*
19                                     1100 New York Avenue, N.W., Suite 500, West Tower
                                       Washington, D.C.  20005
20                                     Tel: (202) 408-4600 / Fax: (202) 408-4699
                                       myau@cohenmilstein.com
21

22                                     KELLER ROHRBACK L.L.P.
                                       Juli E. Farris, Esq. (CA Bar No. 141716)
23                                     801 Garden Street, Suite 301
                                       Santa Barbara, CA  93101
24                                     Tel: (805) 456-1496 / Fax: (805) 456-1497
                                       jfarris@kellerrohrback.com
25

26                                     *Class Counsel*

27

28
   NO. 13-CV-1450 JST                  2                 NOTICE OF FILING
                                                         CORRECTED EXHIBIT A TO
                                                         POST-DISTRIBUTION
                                                         ACCOUNTING