KELLER ROHRBACK L.L.P.
Juli E. Farris (CA Bar No. 141716)
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Tel: (805) 456-1496 / Fax: (805) 456-1497
Email: jfarris@kellerrohrback.com

*Attorney for Plaintiffs*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STARLA ROLLINS and PATRICIA WILSON, on behalf of themselves, individually, on behalf of all others similarly situated, and on behalf of the Dignity Plan,<br><br>Plaintiffs,<br><br>MICHELLE HALL, JENIFER HEINER, and CHRISTINE MONTOYA,<br><br>Intervenor Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Non-profit Corporation, HERBERT J. VALLIER, an individual, DARRYL ROBINSON, an individual, the Dignity Health Retirement Plans Subcommittee, and JOHN and JANE DOES, each an individual, 1-20,<br><br>Defendants. | Case No: 13-cv-01450-JST<br><br>**[PROPOSED] ORDER ON POST-DISTRIBUTION ACCOUNTING, RELEASING FEE HOLDBACK AND VACATING CASE MANAGEMENT CONFERENCE** |

This matter having come before the Court on Plaintiffs' Post-Distribution Accounting of the Second Amended and Restated Class Action Settlement herein, and their concurrent requests to (a) provide for annual supplemental filings for calendar years 2023 and 2024; (b) to release to Class Counsel and Vesting Subclass Counsel the attorneys' fees approved but held back by the

Court's Order Granting Motion for Final Approval of Settlement and Motion for Attorneys' Fees ("Approval Order"), ECF No. 320; and (c) to vacate the January 24, 2023 case management conference herein.  The Court is advised that counsel for Defendants and Vesting Subclass Counsel concur in the Post-Distribution Report and relief requested therein.  Good cause appearing,

   IT IS HEREBY ORDERED accepting the Post-Distribution Accounting;

   IT IS FURTHER ORDERED that Defendants shall file a notice of deposit of additional settlement funds pursuant to the Second Amended and Restated Settlement Agreement, § 7.1.3, into the Dignity Health Pension Plan Trust for the calendar years 2023 and 2024 on at least an annual basis after the contributions to the Plan Trust have been made;

   IT IS FURTHER ORDERED that Dignity Health shall promptly release to Class Counsel the $ 576,619.31 in fees held back pursuant to the Approval Order;

   IT IS FURTHER ORDERED that Dignity Health shall promptly release to Vesting Subclass Counsel the $ 5,000 in fees held back pursuant to the Approval Order;  and

   IT IS FURTHER ORDERED vacating the January 24, 2023 case management conference herein.

   Done this _____15th_____ day of _____December_____, 2022.

   _____

   Hon. Jon S. Tigar, United States District Judge